COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER WITHDRAWING MEDIATION ORDER

Appellate case name: Velocity Databank, Inc. and Tom Pelatari d/b/a Velocity Databank, Inc. v. Shell Offshore Inc., Shell Oil Company, Shell Exploration & Production Company and Faye  Schubert

Appellate case number: 01-13-00454-CV

Date motion filed: August 14, 2013

Type of Motion: Objection to Mediation

Party filing motion: Appellee

Trial court case number: 2011-68029

Trial court: 295th District Court of Harris County

It is **ORDERED** that Appellee's objection to mediation is granted.  We withdraw our Mediation Order dated August 1, 2013.

Judge's signature:  /s/ Jim Sharp
                x  Acting individually

Date: August 19, 2013[i]

---

[i]       Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).